```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

UNIVERSAL SURETY OF AMERICA

v.                                    NO. 4:03CV00636 SWW

A RAMON IMPORTS, ET AL


**ORDER**

  The complaint for interpleader in this matter was filed by plaintiff on August 8, 2003, and, subsequently, the Court entered an order directing plaintiff to deposit the $10,000.00 bond amount into the Registry of the Court. Plaintiff deposited such amount on September 19, 2003. On August 23, 2005, plaintiff Universal Surety of America filed a motion to be dismissed as a party to this action stating that all defendants have been served except for M.T.S. Martinez Transportation Services which was dissolved on September 9, 2003, and is no longer in business. There has been no response, and the Court has determined that this matter can be resolved on the pleadings.

  Certain defendants in this case have filed claims[1] which total $20,683.55[2] and are in the amounts set forth as follows:

| | |
|---|---|
| T & T Logistics, Inc. | $ 1,255.30 |
| Truckers Express, Inc. | $ 4,699.00 |
| Bowie Transportation | $ 1,725.00 |
| Transportation Revenue Management, Inc., as assignee of Baldwin Transportation, Inc. | $ 2,745.25 |
| Transportation Revenue Management, Inc., as assignee of Woodard Eubanks & Sons, LLP | $ 1,305.00 |

---

[1] Though an answer was filed by separate defendant Senn Freight Lines, no claim was included.

[2] Plaintiff's motion to discharge plaintiff in interpleader indicates that claims have been asserted totaling $21,633.55 though claims made in pleadings filed with the Court total $20,683.55. However, it does not matter which is the correct total since the funds to be apportioned only amount to $10,000.00.

- 2 -

| | |
|---|---|
| Transportation Revenue Management, Inc., as assignee of Sunrise Enterprises, FLP d/b/a Hardebeck Trucking | $   675.00 |
| Transportation Revenue Management, Inc., as assignee of Monroe Warehouse Trucking, Inc. | $ 3,200.00 |
| Transportation Revenue Management, Inc., as assignee of Changing Rivers Contract Carriers, LLC | $ 2,295.00 |
| Rock Creek Trucking | $ 1,034.00 |
| Tri Star Trucking | $ 1,750.00 |

IT IS THEREFORE ORDERED that the Clerk of Court is directed to distribute the *pro rata* share of each claim to the above defendants.  There will no interest allowed, no attorney's fees will be awarded, and this case hereby is dismissed with prejudice.[3]

IT IS SO ORDERED this 13th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[3] Plaintiff's motion to dismiss party Universal Surety of America is moot.