```
           IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

UNIVERSAL SURETY OF AMERICA

v.                              NO. 4:03CV00636 SWW

A RAMON IMPORTS, ET AL

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that the above matter be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 13th day of September, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE